FOR THE SOUTHERN DISTRICT STATE OF OHIO ①

DADIRI MUYA  CASE NO. 1:23CV185
PLAINTIFF

V

LITTLE, et al  COMPLAINT
DEFENDANTS

4th, 8th, 14th AMENDMENT VIOLATIONS

JUDGE MCFARLAND

MAGISTRATE JUDGE GENTRY

COMPLAINT WITH JURY DEMAND

1.) JURISDICTION & VENUE

1.) THIS IS A CIVIL RIGHTS ACTION FILED BY DADIRI MUYA, A STATE PRISONER, FOR DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C. 1983, ALLEGING EXCESSIVE USE OF FORCE AND DENIAL OF MEDICAL CARE IN VIOLATION OF THE EIGHTH AMENDMENT, AND THE ILLEGAL SEIZURE IN VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND CONFINEMENT IN SEGREGATION IN VIOLATION OF THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT TO THE CONSTITUTION. THE PLAINTIFF ALSO ALLEGES THE TORTS OF ASSAULT AND BATTERY

2.) VENUE

2.) THE COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. 1331(1) AND 1343. THE COURT HAS SUPPLEMENTAL JURISDICTION OVER THE

PLAINTIFFS STATE LAW TORT CLAIMS UNDER 28 U.S.C. 1367

### 3.) PARTIES

3.) THE PLAINTIFF, DADIRE MUYA, IS AND WAS INCARCERATED AT THE WARREN CORRECTIONAL INSTITUTION DURING THE EVENTS DESCRIBED IN THIS COMPLAINT

4.) DEFENDANT'S: LITTLE, JOHN DOE 1 AND JOHN DOE 2 ARE CORRECTIONAL OFFICERS EMPLOYED AT WARREN CORRECTIONAL INSTITUTION. THEY ARE BEING SUED IN THE INDIVIDUAL AND OFFICIAL CAPACITY.

5.) DEFENDANT'S: JOHN DOE 3, IS A CORRECTIONAL CAPTAIN EMPLOYED AT WARREN CORRECTIONAL INSTITUTION. HE IS BEING SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

### 4.) FACT'S

6.) ON MARCH 10th, 2023 PLAINTIFF WAS ORDERED TO LOCK DOWN BY DEFENDANT LITTLE.

7.) PLAINTIFFS CELLMATE THEN BEGAN HELPING PLAINTIFF PICK UP HIS FOOD THAT PLAINTIFF HAD BEEN COOKING, 15 to 20 MINUTES BEFORE THE DEFENDANT LITTLE CALLED FOR CHOW.

8.) AT THAT TIME THE BOTTOM RANGE EXITED THE UNIT FOR DINNER AND THERE WERE 5 to 6 PEOPLE

INCLUDING THE PLAINTIFF STILL OUT.

9.) DEFENDANT LITTLE STARTED TO GET VERY HOSTILE AND AGITATED, AND BEGAN TO INSTRUCT THE OTHER INMATES TO LOCK IT DOWN.

## MISUSE OF FORCE

10.) BY NOW IM ALREADY IN PROCESS OF GATHERING MY FOOD TO LOCK DOWN BEFORE DEFENDANT LITTLE APPROACHED ME AND RUDELY STATED, "HURRY THIS UP."

11.) PLAINTIFF RESPONDED, "YES SIR." MY CELLIE BEGAN HELPING ME GRAB THE FOOD I HAD ON THE TABLE, AS MUCH AS HE COULD GRAB AND THAT IS WHEN DEFENDANT LITTLE ERRONEOUSLY ASSERTED, "ARE YOU REFUSING TO LOCK DOWN?" PLAINTIFF THEN RESPONDED, "NO SIR, IM JUST GETTING MY FOOD AND LOCKING DOWN."

12.) DEFENDANT LITTLE BEGAN TO GET ANGRY AT THE PLAINTIFF AND STATED, ERRONEOUSLY, A SECOND TIME, "ARE YOU REFUSING TO LOCK DOWN?"

13.) PLAINTIFF THEN REQUESTED TO SPEAK WITH A WHITE SHIRT CONCERNING DEFENDANT LITTLES AGGRESSION TOWARD'S THE PLAINTIFF AND HARRASSMENT, WHEN PLAINTIFF WAS SIMPLY GRABBING HIS FOOD AND TRYING TO LOCK DOWN.

14.) I THEN MOTIONED TOWARDS THE INMATES WHO WERE ALSO UPSTAIRS OUT OF THEIR CELLS, AND ASKED THE OFFICER WHY HE WAS HARASSING AND DISCRIMINATING TOWARDS ME WHEN I WAS NOT THE ONLY ONE WHO HAD BEEN INSTRUCTED TO LOCKDOWN?

15.) WHILE PLAINTIFF CONTINUED TO REQUEST DEFENDANT LITTLE CONTACT A "WHITE SHIRT" (SUPERVISOR), PLAINTIFF DECIDED AGAINST ESCALATING THE SITUATION, FEARING HARM FOR HIS SAFETY, PLAINTIFF LEFT HIS FOOD AND THE REST OF HIS PROPERTY ON THE TABLE AND BEGAN WALKING TOWARDS MY CELL.

16.) DEFENDANT LITTLE THEN WALKED SWIFTLY PAST THE PLAINTIFF AND JUMPED IN FRONT OF ME, WITH AGGRESSION IN HIS TONE AND BODY LANGUAGE.

17.) DEFENDANT LITTLE THEN ORDERS PLAINTIFF TO TURN AROUND AND CUFF UP. DESPITE MY INTENTIONS TO DE-ESCALATE THE SITUATION BY LOCKING DOWN, I THEN COMPLIED WITH DEFENDANT LITTLES ORDERS AND TURNED AROUND TO ALLOW HIM TO DETAIN ME.

18.) As defendant Little is detaining the Plaintiff, he intentionally to cause harm, tightened the cuff's so tight, plaintiff lose blood circulation in his right wrist.

19.) Plaintiff was in so much pain, I yelped and informed defendant Little he was hurting plaintiff and cut off the blood circulation in my right wrist.

20.) Plaintiff, out of natural reaction, turned his head slightly, noting that defendant had pulled out his mace can, and plaintiff suffering from ADHD, hearing voices, and Post Tramatic Stress Disorder (P.T.S.D) was immediately startled, and plaintiff was then sprayed directly in his face, excessively, when I was not threatening security, harming myself, or harming anyone else.

21.) Plaintiff then blacksout, as defendant Little spray's me excessively, forcibly turning me around, and plaintiff, excersing his Ohio State Law "Stand Your Ground" defend's himself against defendant Little's unwarranted excessive force, assault and battery, which did stop plaintiff's breathing and extremely

BURNED PLAINTIFF'S EYE'S, FACE, AND THE INSIDE OF PLAINTIFF'S MOUTH, PLAINTIFF PULLED AWAY FROM THE DEFENDANT, USING THE SAME HAND PLAINTIFF WAS CUFFED WITH, PULLED OUT A PRISON MADE KNIVE, AND POPPED A HOLE IN THE MACE CAN.

22.) PLAINTIFF NEVER CAUSED ANY HARM TOWARD DEFENDANT LITTLE WITH THE KNIFE. PLAINTIFF ONLY SOUGHT TO MINIMIZE THE HARM DEFENDANT LITTLE WAS CAUSING TOWARD THE PLAINTIFF.

23.) PLAINTIFF WAS THEN TAKEN TO THE GROUND BY DEFENDANT LITTLE, TRYING TO RELEASE MYSELF FROM HIS EXCESSIVE FORCE, I BLACK OUT AND FIND MYSELF ON THE TOP RANGE OF THE UNIT, LOOKING THROUGH THE TRASH FOR AN OLD TOWEL, CLOTH, RAG, ANYTHING I CAN USE AS MY FACE AND BODY WERE ON FIRE, AND LITERALLY FELT LIKE I HAD BEEN SET ABLAZE, DUE TO THE EXCESSIVE AMOUNT OF MACE THAT WAS USED ON THE PLAINTIFF

24.) ONCE PLAINTIFF MADE IT DOWNSTAIRS TO THE OPPOSITE SIDE OF THE UNIT, PLAINTIFF REALIZED HE WAS STILL HOLDING ON TO THE PRISON MADE KNIFE, DROPPED IT, AND BEGAN

TO BACK AWAY FROM IT, WITH THE FEELING THAT I WOULD BE SAFE, AS RESPONDING OFFICER'S WHOM HAD ARRIVED, PLAINTIFF LAID ON HIS STOMACH, WITH MY HANDS BEHIND MY BACK.

25.) DURING THE RESPONDING OFFICER'S RESPONSE TO THE INCIDENT, AN OFFICER/STATE ACTOR DEFENDANT, WHO'S NAME IS UNKNOWN TO PLAINTIFF, UNTIL THE COMMENCEMENT OF DISCOVERY, AND SO HE WILL BE IDENTIFIED AS DEFENDANT JOHN DOE 1, STARTED TO USE EXCESSIVE FORCE ON PLAINTIFF, AND UNLAWFULLY SPRAY PLAINTIFF IN HIS FACE, AS PLAINTIFF WAS FACE DOWN, ON THE GROUND NOT RESISTING AND IN FULL COMPLIANCE, DEFENDANT JOHN DOE 1 COMMITS ASSAULT AND BATTERY, WHICH SHUT PLAINTIFF RESPITORY SYSTEM DOWN, BURNED PLAINTIFF FACE EVEN MORE AND PLAINTIFF'S EYES WERE BLURRED TO THE POINT WHERE I TEMPORARILY LOST MY VISION.

26.) PLAINTIFF HANDS SECURED BEHIND HIS BACK, PLAINTIFF BEING CUFFED, OFFICER JOHN DOE 1 CONTINUED TO SPRAY ME, EVEN THOUGH PLAINTIFF WAS NO RESISTING, AND IN THE PROCESS, PLAINTIFF FORCEFULLY SWALLOWED A CLOUD OF MACE, WHERE

I BEGAN TO SUFFOCATE.

27.) THE WHOLE TIME I WAS STILL HANDCUFFED AND FELT I WOULD DIE FROM SUFFOCATION, WHILE IN HANDCUFF'S, THAT WERE SO TIGHT THEY WERE DIGGING INTO MY WRIST WHICH CAUSED PERMENANT INJURIES IN MY BLOOD CIRCULATION AND SCARRING TO MY WRIST.

28.) PLAINTIFF WAS THEN ESCORTED OUT OF THE UNIT TO MEDICAL, WHERE I COULD NOT BREATHE. I REPORTED THE LACERATIONS TO MY WRIST AND THAT I HAD JUST BEEN SPRAYED EXCESSIVELY TWICE, WHILE IN UNIT, AND MEDICAL STAFF REFUSED TO ALLOW ME TO DECONTAMINATE.

29.) PLAINTIFF WAS THEN ESCORTED TO TPU/RESTRICTIVE HOUSING ALSO KNOWN AS "THE BIG HOLE" IN WCI.

30.) WHILE THERE, AWAITING TO BE PROCESSED, PLAINTIFF SPOKE WITH THE SHIFT CAPTAIN (WHO'S NAME IS UNKNOWN TO PLAINTIFF, UNTIL THE COMMENCEMENT OF DISCOVERY, SO HE WILL BE IDENTIFIED AS JOHN DOE 2).

31.) JOHN DOE 2 "CAPTAIN" IMMEDIATELY BRUSHED ME OFF, WHILE I WAS TRYING TO EXPLAIN MY VERSION

⑨

OF THE EVENTS THAT HAD JUST TAKEN PLACE, AND THAT ALL THIS WAS JUST <u>BECAUSE I ASKED TO SPEAK</u> TO A WHITE SHIRT.

32.) JOHN DOE 2 "CAPTAIN" CONTINUED TO BE RUDE AND DISRESPECTFUL AND STATED," WELL THAT DOESN'T HAPPEN HERE, YOUR LUCKY. IF IT WERE 5 YEARS AGO WITHOUT THESE CAMERA'S". HE THEN STARTS POINT AROUND AT THE CAMERA'S, THEN QUICKLY GLANCE'S AT HIS OWN BODY CAMERA AND SAY'S, "<u>YOU WOULD HAVE BEEN ON A STRETCHER TO OSU</u>". IN A MALICIOUS SADISTIC MANNER, HE THREATENS MY SAFETY. HE THEN TURN'S TO WALK AWAY AND SAY'S," GOOD LUCK IN LUCASVILLE!"

33.) SECOND'S LATER, JOHN DOE 3 "OFFICER DEFENDANT, WHOSE NAME IS UNKNOWN AT THE TIME, UNTIL THE COMMENCEMENT OF DISCOVERY), RETURNS TO THE STRIP CAGE, AND WHEN I TURN MY HEAD TOWARDS HIM, HE UNLATCHES HIS MACE CAN FROM HIS WAIST AND SPRAYED ME AGAIN FOR NO REASON WHATSOEVER, THIS BEING AN ACT OF DISCRIMINATION AND ORDERED BY THE CAPTAIN AS THE DEFENDANT JOHN DOE 3, WALKS AWAY SMILING AND LAUGHING.


34.) Despite Plaintiff reporting this act of assault and battery by Defendant John Doe 3, Plaintiff was ignored and taken to a cell.

### Denial of Due Process

35.) On March 15th, 2023 was informed a hearing had been held without my participation and then I was transferred to SOCF.

36.) Despite the fact that Plaintiff had witnesses he wished to call of what had transpired Plaintiff was denied a copy of the conduct report and any appeal forms, therefore under Ross v. Blake this incident is fully exhausted as they blocked Plaintiff from fully exhausting.

### Claims For Relief

37.) The action's of Defendants: Little, John Doe 1, 2, and 3, in using physical force against the Plaintiff without need for provocation, or in failing to intervene to prevent the misuse of force, were done maliciously and sadistically and constituted cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution



38.) The actions of Defendants: LITTLE, JOHN DOE 1, 3 in using physical force against the Plaintiff without need or provocation constituted the tort of ASSAULT AND BATTERY under the law of Ohio.

## REQUESTED RELIEF

39.) Wherefore Plaintiff respectfully pray this court grant the following relief.

40.) Issue a Declaratory Judgment stating that:
1.) The physical abuse of the Plaintiff by Defendants LITTLE, JOHN DOE 1 AND 3 VIOLATED the Plaintiffs rights under the Eighth Amendment to the United States Constitution and constituted an assault THREE TIMES and battery.

41.) Therefore Plaintiff request compensatory damages from all 4 Defendants jointly and severally in the amount of: $650,000.00 in their individual capacity.

42.) Plaintiff request punitive damages from all 4 Defendants jointly and severally in the amount of $1,000,000.00 in their individual capacity.

43.) A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

44.) RECOVERY OF PLAINTIFF'S COST IN THIS SUIT.

45.) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

RESPECTFULLY REQUESTED

DATE: 3/28/2023

x _____
DADIRI MUYA
#766268
PO BOX 45699
LUCASVILLE, OHIO 45699
PRO SE PLAINTIFF

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT, AND HEREBY VERIFY THAT THE MATTERS ALLEDGED ARE TRUE, EXCEPT AS TO MATTERS ALLEDGED ON INFORMATION AN BELIEF, AND AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT LUCASVILLE, OHIO 45699

DATE: 3/28/2023

x _____
DADIRI MUYA

Dadari Muya 766268
Po Box 45699
Lucasville, Ohio 45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

RECEIVED
APR - 3 2023
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

U.S. DISTRICT COURT
100 E. FIFTH ST ROOM 103
CINCINNATI, OHIO 45202

45202-397699