**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| DADIRI MUYA, | : | Case No. 1:23-cv-185 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| LITTLE, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 3)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Caroline H. Gentry (Doc. 3), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file any objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following claims in Plaintiff's Complaint (Doc. 1) be **DISMISSED WITHOUT PREJUDICE**:

1. The claim for deliberate indifference to a serious medical need under the Eighth Amendment, based on allegations against non-party "medical staff;"

2. The claim under the Due Process Clause of the Fourteenth Amendment for confinement in segregation; and

3. The claim under the Fourth Amendment for "illegal seizure."

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND