# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| DADIRI MUYA, | : | Case No. 1:23-cv-00185 |
| Plaintiff, | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| ANDREW FIRMAN, *et al.*, | : | |
| Defendants. | : | |

## ORDER VACATING ORDER TO SHOW CAUSE

On October 21, 2025, the undersigned issued an Order to Show Cause to Plaintiff, noting that Defendant Firman had not responded to the Amended Complaint and that Plaintiff had not asked the Clerk of Court to enter Firman's default. (Doc. No. 43.) Since that date, Defendant Firman filed a Motion for Leave to File an Answer to the Amended Complaint *Instanter.* (Doc. No. 44.) The Court granted the motion and Defendant Firman's Answer was filed on the docket. (Doc. Nos. 45, 46.)

As Defendant Firman has duly responded to the Amended Complaint and no longer appears to have "failed to plead or otherwise defend," the Court **VACATES** the Order to Show Cause. (Doc. No. 43.) Plaintiff need not respond to the Order to Show Cause or ask the Clerk to enter Firman's default.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge