IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DADIRI MUYA, | : | Case No. 1:23-cv-185 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ANDREW FIRMAN, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 41)

The Court has thoroughly reviewed the Report and Recommendation of United States Magistrate Judge Caroline H. Gentry (Doc. 41), to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 41) in the following manner and **ORDERS** that:

1) All of Plaintiff's claims against Defendant Kameron Williams are hereby **DISMISSED WITHOUT PREJUDICE** for failure of service and failure to prosecute; and

2) The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that any appeal of this Order would not be taken in good faith and hereby **DENIES** Plaintiff leave to appeal in forma pauperis. Plaintiff remains free to apply to proceed in forma pauperis in the Court of Appeals.

**IT IS SO ORDERED.**

2

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF OHIO

By: _____  
JUDGE MATTHEW W. McFARLAND